IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC LEMONTE FUNDERBURK,     *
     Petitioner,

                    *

     i.                            CIVIL ACTION NO. CCB-12-3689
                    *

MARCELLA A. HOLLAND, et al.,
     Respondent.          *

                    ******

## MEMORANDUM

The above-captioned action was filed with this court on December 17, 2012.  Petitioner

seeks to have this court  issue an Order directing Baltimore City Circuit Court Judges Marcella

Holland and Addison Howard take certain action.  ECF No. 1.  Although petitioner has not filed

a Motion for Leave to Proceed in Forma Pauperis, because he appears indigent, indigency status

shall be granted  pursuant to 28 U.S.C. § 1915(a).

Petitioner indicates that he filed a "Notice of Discovery" in the Circuit Court for

Baltimore City seeking copies of certain grand jury testimony, indictments, and warrants.  When

the request was not acted upon he filed a "Notice of Default" which he now seeks this court's

assistance in having entered on the state court docket.   Because petitioner seeks to compel a

certain action by the state and/or its agents, the court concludes that the present matter is in the

nature of a writ of mandamus.  *See* 28 U.S.C. § 1361.  Federal district courts have original

jurisdiction of any action in the nature of mandamus to compel an officer or employee of the

United States or one of its agencies to perform a duty owed to a petitioner.  However, this federal

district court has no mandamus jurisdiction over state employees and cannot compel a Maryland

state court judge to take a particular action in his pending case.  *Gurley v. Superior Court of*

*Mecklenburg County*, 411 F.2d 586, 586-87 (4th Cir. 1969).  Therefore, petitioner's request for

mandamus relief shall be denied.

A separate Order shall be entered reflecting the Opinion set forth herein.


December 21, 2012                    _____/s/_____
   Date                                              Catherine C. Blake
                                                     United States District Judge